ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/26/25__

WORLDWIDE FUN LTD., and SMILING
ALBINO LTD.,

                              Plaintiffs,

          - against -

SANUK ENTERPRISES, INC., and KENNETH
FISH d/b/a ABSOLUTE TRAVEL,

                              Defendants.

25 Civ. 04024 (LLS)

ORDER

     Plaintiffs' Motion for Default Judgment is granted as to
liability. (Dkt. No. 16).  The matter is referred to Magistrate
Judge Katharine H. Parker for an inquest on damages.

So ordered.

Dated: New York, New York

        November 26, 2025

                              _Louis L. Stanton_

                              LOUIS L. STANTON

                              U.S.D.J.