UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
WORLDWIDE FUN LTD., et al.,

                                    Plaintiffs,                              **ORDER**

                   -against-                                         **25-CV-4024 (LLS) (KHP)**

SANUK ENTERPRISES, INC., et al.

                                    Defendants.
----------------------------------------------------------------X
**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        This case has been referred to me to conduct an inquest on damages.  (ECF No. 18.)  By

**January 16, 2026,** Plaintiff is directed to serve and file an inquest memorandum, accompanied

by supporting affidavits and exhibits setting forth proof of damages, including the costs of this

action, Plaintiff's reasonable attorneys' fees, and proposed findings of fact and conclusions of

law.  All proposed findings of fact must be supported by admissible evidence introduced

through affidavit.  All proposed findings of law must be supported by reference to applicable

law.  Claims for actual or statutory damages must be specified and supported with admissible

evidence.  Claims for attorneys' fees and costs must be supported by detailed attorney time

records and evidence of costs (such as receipts or evidence of paid invoices) introduced

through an attorney declaration.

        **By no later than December 16, 2026**, Plaintiff shall serve a copy of the Default Judgment

issued by the Hon. Louis L. Stanton in this matter, along with a copy of this Order via a method

intended to ensure delivery to Defendant.  Plaintiff shall file an affidavit of service of the

Default Judgment and this Order with the Court.  Plaintiff shall serve a copy of all papers filed in

connection with the damages inquest (as described in the first paragraph of this Order) on Defendant **by January 16, 2026**.  Plaintiff shall file an affidavit of service of the Default Judgment and this Order with the Court.

Defendant shall have until **February 2, 2026,** to object or otherwise respond to Plaintiff's application for damages in connection with the default judgment.  Defendant must file any objections or response with the Court and serve the response and/or objections on Plaintiff's counsel.

A hearing will take place on **February 18, 2026, at 3:00p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  Counsel for the parties shall be prepared to answer questions and provide testimony, as appropriate, on the damages application.  The Court reserves the right to cancel the hearing if it can determine the motion on the papers.

**SO ORDERED.**

Dated: December 2, 2025
        New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

2