ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WORLDWIDE FUN LTD., et al.,

                    Plaintiffs,

     v.

SANUK ENTERPRISES, INC., et al.,

                    Defendants.

25 Civ. 04024 (LLS)

ORDER

Having independently reviewed the March 20, 2026 Report and Recommendation of the Honorable Katharine H. Parker, United States Magistrate Judge, and there having been no objections, I approve and adopt her conclusions and recommendations.

The Clerk will enter judgment in favor of plaintiffs in the amount of $323,079.91 plus interest at the rate of 12% per annum on that amount from January 1, 2022 until the date of satisfaction of the judgment, as well as $35,572.50 in attorneys' fees and $445.00 in costs.

So ordered.

Dated:  New York, New York
        April 15, 2026

                              _____
                              LOUIS L. STANTON
                              U.S.D.J.