**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
 WORLDWIDE FUN LTD., et al.,

                                    Plaintiffs,

         -against-                                              25 **CIVIL** 4024 (LLS)

                                                                **JUDGMENT**

SANUK ENTERPRISES, INC ., et al.,

                                    Defendants.
----------------------------------------------------------------X

         It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated April 15, 2026, the Court adopts the Report & Recommendation

in its entirety. Accordingly, judgment is entered in favor of plaintiffs in the amount of

$323,079.91 plus interest at the rate of 12% per annum on that amount from January 1, 2022

until the date of satisfaction of the judgment , as well as $35,572.50 in attorneys ' fees and

$445.00 in costs.

**Dated:** New York, New York

         April 15, 2026


                                                        TAMMI M. HELLWIG
                                                    _____
                                                        Clerk of Court

                                            BY:
                                                    _____
                                                        Deputy Clerk